# Court of Appeals
# of the State of Georgia

ATLANTA,  July 28, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1971.   FXM, P.C. v. GREGORY T. ALLEN IN HIS OFFICIAL CAPACITY AS CLERK OF THE SUPERIOR COURT OF FORSYTH COUNTY et al.**

This appeal was docketed in this Court on June 5, 2025.  The Appellant's brief, including enumerations of error, was due to be filed no later than June 25, 2025. Court of Appeals Rule 23 (a).  On June 26, 2025, this Court entered an order granting Appellant's motion for an extension of time and ordering that Appellant's brief and enumerations of error be filed no later than July 15, 2025.  However, as of the date of this order, Appellant's brief and enumerations of error have not been filed. Accordingly, this appeal is deemed abandoned and is hereby ordered DISMISSED. Court of Appeals Rule 7 (c), Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   07/28/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*